1  LAURA LEIGH GEIST (Bar No. 180826)
   laura.geist@dentons.com
2  KELLY D. FAIR (Bar No. 245408)
   kelly.fair@dentons.com
3  DENTONS US LLP
   525 Market Street, 26th Floor
4  San Francisco, California 94105-2708
   Telephone:   (415) 882-5000
5  Facsimile:   (415) 882-0300

6  Attorneys for Defendant
   The Prudential Insurance Company of America
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | GINA MARIE WASHBURN, individually and on behalf of all others similarly situated, | Case No. 3:15-cv-04009 SI |
| --- | --- |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT AND SCHEDULE FOR FILING RESPONSIVE PLEADING** |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation, and DOES 1-10, inclusive, | **[Fed. R. of Civ. P. 15(a)(2); L.R. 6-1]** |
| Defendants. | |

19       Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff GINA MARIE

20 WASHBURN ("Plaintiff") and Defendant THE PRUDENTIAL INSURANCE COMPANY OF

21 AMERICA ("Defendant") (collectively, the "Parties") through their respective attorneys of record

22 hereby enter this stipulation for the filing of an amended complaint and a schedule for response to

23 that pleading:

24       WHEREAS, Plaintiff filed her Complaint on July 30, 2015 in the Superior Court of

25 California, Contra Costa County;

26       WHEREAS, Defendant removed the above-entitled action to this Court on September 2,

27 2015;

28

Case No. 3:15-cv-04009 SI

1

STIPULATION AND [PROPOSED] ORDER
REGARDING FILING OF AMENDED COMPLAINT
AND SCHEDULE FOR FILING RESPONSIVE
PLEADING

WHEREAS, Defendant's initial responsive pleading is due on September 9, 2015;

WHEREAS, the Parties agreed that Plaintiff would amend her Complaint by supplementing and/or clarifying the allegations stated therein by September 9, 2015;

WHEREAS, the Parties agreed that Defendant would respond to Plaintiff's Amended Complaint with a Motion to Dismiss on or before October 9, 2015;

WHEREAS, the Parties further agreed on a modified briefing schedule and to hold the hearing on the Motion to Dismiss on November 20, 2015;

WHEREAS, the brief extension of time set forth herein will not impact any deadlines already set by the Court in this action;

THEREFORE AND PURSUANT TO STIPULATION, the Parties through their undersigned counsel and subject to approval by the Court, hereby request as follows:

- Plaintiff will file her Amended Complaint no later than September 9, 2015;
- Defendant's Motion to Dismiss is due no later than October 9, 2015;
- Plaintiff's opposition is due no later than October 30, 2015;
- Defendant's reply is due no later than November 6, 2015; and
- Hearing on Defendant's Motion to Dismiss shall be set for November 20, 2015.

Dated: September 8, 2015        DENTONS US LLP

By: /s/Laura Geist
Laura Leigh Geist
Kelly D. Fair

Attorneys for Defendant
The Prudential Insurance Company of America

Dated: September 8, 2015        BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

By: /s/Robert M. Bramson
Robert M. Bramson

Attorneys for Plaintiff
Gina Marie Washburn

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Case No. 3:15-cv-04009 SI

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT AND SCHEDULE FOR FILING RESPONSIVE PLEADING

2

**Attestation Pursuant to Civil L.R. 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Laura L. Geist, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document. I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: September 8, 2015          By:  /s/Laura Geist
                                       Laura Leigh Geist

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 9/9/15                          _____
                                      Hon. Susan Illston
                                      UNITED STATES DISTRICT JUDGE

Case No. 3:15-cv-04009 SI

STIPULATION AND [PROPOSED] ORDER
REGARDING FILING OF AMENDED COMPLAINT
AND SCHEDULE FOR FILING RESPONSIVE
PLEADING

3

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000