LAURA LEIGH GEIST (Bar No. 180826)
laura.geist@dentons.com
ANDREW S. AZARMI (Bar No. 241407)
andrew.azarmi@dentons.com
KELLY D. FAIR (Bar No. 245408)
kelly.fair@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California  94105-2708
Telephone:	(415) 882-5000
Facsimile:	(415) 882-0300

Attorneys for Defendant
The Prudential Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GINA MARIE WASHBURN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  3:15-cv-04009 SI<br><br>Hon. Susan Illston<br><br>CLASS ACTION<br><br>**STIPULATION FOR RELIEF FROM ORDER SETTING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (Fed. R. Civ. P. 16(b)(4); L.R. 16-2(e))** |

Pursuant to Fed. R. Civ. P. 16(b)(4), Local Rule 16-2(e), and by order of this Court, Plaintiff Gina Marie Washburn ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Defendant") (collectively, the "Parties") hereby respectfully stipulate and jointly request that the Court modify the Order Setting Initial Case Management Conference and ADR Deadlines, dated September 3, 2015 (Dkt. 8).

## RECITALS

1. This action was removed to this Court on September 2, 2015. Dkt. 1. On September 3, 2015, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, setting the initial Case Management Conference for December 4, 2015, and setting related deadlines based on that date. Dkt. 8.

2. On November 20, 2015, the Court held a hearing on Defendant's Motion to Dismiss and took the motion under submission. Dkt. 27. The parties met and conferred and agree that the case management schedule set forth in the Court's September 3, 2015 Order should be vacated and replaced with the schedule set forth below.

| | | |
|---|---|---|
| December 11, 2015 | Defendant to produce initial document production regarding documents related to Plaintiff. | |
| January 15, 2016 | Last day to:<br><br>File ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov); and<br><br>File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8(b) & (c)<br><br>ADR L.R. 3-5(b) |
| January 15, 2016 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | Fed. R. Civ. P. 26(a)(1);<br><br>Civil L.R. 16-9 |

| January 22, 2016 | Initial Case Management Conference to be held at 2:00 PM in: Courtroom G , 15th Floor Phillip Burton Federal Building 450 Golden Gate Avenue San Francisco, CA 94102 | Civil L.R. 16-10 |
|---|---|---|

Dated:  November 24, 2015          BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP


By:   /s/ Robert M. Bramson
         Robert M. Bramson
         Attorneys for Plaintiff


Dated:  November 24, 2015          DENTONS US LLP


By:   /s/ Andrew S. Azarmi
         Laura Leigh Geist
         Andrew S. Azarmi
         Attorneys for Defendants
         THE PRUDENTIAL
         INSURANCE COMPANY OF AMERICA


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   11/24    , 2015        

Honorable Susan Illston
United States District Judge

USW 805340767.1

Case No. 3:15-cv-04009 SI                2

STIPULATION FOR RELIEF FROM ORDER SETTING
CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES