UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA WASHBURN,<br><br>        Plaintiff,<br><br>    v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No.  15-cv-04009-SI<br><br>**JUDGMENT**<br><br>Re: Dkt. 32 |

On November 24, 2015, the Court issued its Order Granting Defendant's Motion to Dismiss the First Amended Complaint with Leave to Amend.  Dkt. 29.  In that order, the Court dismissed all of the claims alleged in the First Amended Complaint without leave to amend, but also provided that: "If plaintiff wishes to allege different claims based on the same facts, plaintiff may do so by filing a second amended complaint no later than December 11, 2015."  Dkt. 29 at 12:12-16.  Plaintiff did not file a second amended complaint.

The Court hereby enters judgment in favor of defendant The Prudential Insurance Company of America and against plaintiff Gina Marie Washburn.

**IT IS SO ORDERED AND ADJUDGED**.

Dated:  December 21, 2015          _____

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California